*[Handwritten annotations: USA v 04-284-01-ICE / CR / Robert C. Harvey / 284-01]*

## ORDER OF COURT

Pursuant to the above motion, **IT IS HEREBY ORDERED** that the defendant's term of probation be reduced by one year. His new expiration date is now May 22, 2007.

**DATED** this ___ day of May, 2006.

_____
The Honorable James A. Redden
Senior U.S. District Judge

*ORDER—HARVEY, ROBERT CHRIS, Page 2*