IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CR 04-284-01-HA |
| | ) | |
| v. | ) | **ORDER REVOKING PROBATION,** |
| | ) | **IMPOSING SENTENCE, AND** |
| **ROBERT CHRIS HARVEY,** | ) | **IMPOSING SUPERVISED RELEASE** |
| | ) | **TERM** |
| Defendant. | ) | |

    On May 23, 2005, this Court sentenced defendant to three years probation subject to standard and special conditions.

    On April 17, 2007, the Honorable James A. Redden issued a Warrant of Arrest and Order to Show Cause why defendant's term of probation should not be revoked based on the probation officer's allegations that defendant violated the conditions of probation.

    On May 21, 2007, defendant appeared with counsel at a hearing to determine whether defendant's probation should not be revoked. The defendant admitted he had violated the conditions of probation by committing a new crime - Driving Under the Influence of Intoxicants and consuming alcohol to excess, and leaving the judicial district without the permission of the probation officer. The Court made no findings with regard to the violation for failing to pay a minimum of $50 per

*ORDER—HARVEY, Robert Chris, Page 1*

month towards restitution.

It is the finding of the Court that defendant violated the conditions of probation.

It now appearing to the Court defendant is no longer suitable for continued community supervision,

**IT IS ORDERED** defendant's probation is revoked and defendant is committed to the custody of the Bureau of Prisons for a period of time served.

**IT IS FURTHER ORDERED** that upon release from imprisonment, defendant is subject to imposition of supervised release, pursuant to 18 USC § 3583(h), and is ordered to a term of supervised release for 12 months, subject to the standard conditions and the following special condition: 1) The defendant shall not possess or consume alcohol or enter an establishment where alcohol is the primary item for sale.

**DATED** this __22__ day of May, 2007.

The Honorable Ancer L. Haggerty
Chief U.S. District Judge

*ORDER—HARVEY, Robert Chris, Page 2*